## Commonwealth *v.* Kayfield, Appellant.

740

Submitted September 13, 1971. *A. Charles Peruto,* and *Lorch, Ryan, Peruto & Vitullo,* for appellant; *James T. Owens and Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.